UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

DAVID CRUZ PORTILLO, individually
and as class representative of all similarly
situated individuals,

    Plaintiff,

vs.

FARMER GREEN'S MARKET WPB, LLC,
a Florida limited liability company; and
MAURICE CAMPIONI, individually,

    Defendants.
_____/

## **COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, DAVID CRUZ PORTILLO ("CRUZ" or "Plaintiff"), individually and on behalf of all others similarly situated individuals, and for his causes of action against Defendants, FARMER GREEN'S MARKET WPB, LLC, a Florida limited liability corporation; and, MAURICE CAMPIONI, an individual, (collectively referred to herein as "Defendants") and states:

1. CRUZ is an individual residing in Palm Beach County, Florida and former employee of Defendants.

2. FARMER GREEN'S MARKET WPB, LLC, a foreign limited partnership; is doing business in Palm Beach County Florida as a seller of produce and groceries including the store located at 1937-J North Military Trail, West Palm Beach, Florida.

Case 9:15-cv-81651-DMM   Document 1   Entered on FLSD Docket 12/07/2015   Page 2 of 7

DAVID CRUZ PORTILLO, individually and as class representative of all
similarly situated individuals v. FARMER GREEN'S MARKET WPB, LLC, a Florida
limited liability company; and MAURICE CAMPIONI, individually
Complaint for Damages
Page 2 of 7

3. CRUZ was a nonexempt employee of Defendants and was employed as a store clerk and laborer from 2011 until he was fired without cause during October, 2015. Plaintiff was employed at an hourly rate of pay of $7.75/hour.

4. MAURICE CAMPIONI is and was at all time's material a resident of Palm Beach County, Florida.

5. Upon information and belief, MAURICE CAMPIONI, at all time's material, was or is the majority shareholder, and/or officer and/or director and/or manager of FARMER GREEN'S MARKET WPB, LLC.

6. Upon information and belief, MAURICE CAMPIONI, at all times hereto was responsible for running the company's day to day operations. In this regard, MAURICE CAMPIONI, individually or through those under their direction and control:

   a. Had the power to hire, fire and discipline Plaintiff and others similarly situated;

   b. Supervised and directed the work of Plaintiff and others similarly situated;

   c. Determined rates of pay and method of compensation for Plaintiff and others similarly situated

   d. Set and or approved the hours of work for Plaintiff and others similarly situated; and

   e. Had control over the FLSA violations alleged below. As a result, at all times material MAURICE CAMPIONI acted directly or indirectly in the interest of an employer within the meaning of §203(d) of the FLSA and he is personally liable for the FLSA violations allege below.

Case 9:15-cv-81651-DMM   Document 1   Entered on FLSD Docket 12/07/2015   Page 3 of 7

DAVID CRUZ PORTILLO, individually and as class representative of all
similarly situated individuals v. FARMER GREEN'S MARKET WPB, LLC, a Florida
limited liability company; and MAURICE CAMPIONI, individually
Complaint for Damages
Page 3 of 7

7. All similarly situated employees were or are hourly/nonexempt employees of Defendants and were or are employed as store clerks/laborers and subjected to the same illegal pay practices alleged herein.

8. Plaintiff by filing this action has and does consent to be a party to the Fair Labor Standards Act ("FLSA") claims of this action pursuant to 29 U.S.C. § 216(b).

9. Plaintiff and all similarly situated employees are covered employees within the meaning of the.

10. Defendants are Plaintiff's and the putative class' "employer" within the meaning of that term under the FLSA and/or Defendants are engaged with other entities or individuals in an enterprise subjecting it to the provisions of the FLSA with regard to Plaintiff's and the putative class' employment.

11. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337.

12. In addition, this Court has jurisdiction over Plaintiff's and the putative class members' claims under the FLSA pursuant to 29 U.S.C. § 216(b).

13. This Court may issue a declaratory judgment pursuant to 28 U.S.C. § 2201 and 2202.

14. Venue is proper in the Southern District of Florida, pursuant to 29 U.S.C. §1391.

15. Defendants have substantial contacts and operate companies within the Southern District of Florida and are subject to personal jurisdiction of this Court.

16. Defendants are engaged in interstate commerce and have annual gross volume of sales in excess of $500,000.00.

Case 9:15-cv-81651-DMM   Document 1   Entered on FLSD Docket 12/07/2015   Page 4 of 7

DAVID CRUZ PORTILLO, individually and as class representative of all
similarly situated individuals v. FARMER GREEN'S MARKET WPB, LLC, a Florida
limited liability company; and MAURICE CAMPIONI, individually
Complaint for Damages
Page 4 of 7

17. Plaintiff brings this action for declaratory relief and unpaid wages on behalf of himself and other similarly situated current and former employees of Defendants and for other relief as set forth herein.

18. Plaintiff and the putative class members are nonexempt laborers who work in a high stress environment.

19. Defendants require and required Plaintiff and all similarly situated employees to regularly work more than 40 hours per work week, but failed to pay Plaintiff and all similarly situated employees time and a half for all hours worked beyond 40. Specifically, Defendants failed and refused to compensate Plaintiff and any and all similarly situated individuals the overtime premium owed and due for any hours worked beyond forty per work week.

20. Defendants have and continue to willfully violate the FLSA by not paying Plaintiff and all similarly situated employees proper wages. Specifically, Defendants failed and refused to compensate Plaintiff and any and all similarly situated individuals the overtime premium owed and due for any hours worked beyond forty per work week.

21. Defendants, individually and/or through an enterprise, have willfully engaged in a pattern and/or practice of unlawful conduct by failing to pay the required overtime earned on the clock to the Plaintiff and all similarly situated employees, and thus has willfully failed to pay employees the full overtime wage for hours worked in excess of 40 per work week.

22. Plaintiff brings this action on behalf of himself and all similarly situated employees pursuant to the Fair Labor Standards Act 29 U.S.C. §§ 201 et seq., and specifically the collective action provision of 29 U.S.C.§ 216(b), to remedy violations of the wage-and-hour

Case 9:15-cv-81651-DMM   Document 1   Entered on FLSD Docket 12/07/2015   Page 5 of 7

DAVID CRUZ PORTILLO, individually and as class representative of all
similarly situated individuals v. FARMER GREEN'S MARKET WPB, LLC, a Florida
limited liability company; and MAURICE CAMPIONI, individually
Complaint for Damages
Page 5 of 7

provisions of the FLSA that have deprived Plaintiff and all similarly situated employees proper pay.

23. Defendants individually and/or through an enterprise, directed and exercised control over Plaintiff and all similarly situated employees work at all relevant times.

24. Plaintiff's and all similarly situated employees' work was/is performed pursuant to Defendants' common guidelines and practices.

25. Plaintiff and all similarly situated employees were paid on an hourly basis at all relevant times.

26. Plaintiff and all similarly situated employees were and are dependent on how they were/are classified as an employee, not on the jobs they performed at the direction of the Defendants.

27. Plaintiff and all similarly situated employees are not subject to an exemption under the FLSA.

## COUNT I - FAIR LABOR STANDARDS ACT VIOLATION

28. Plaintiff incorporate the allegations contained in paragraphs 1 through 27 as though fully set forth herein.

29. All similarly situated employees, like the Plaintiff, are or were all subject to the same policy and/or practice whereby the Defendants willfully failed to compensate Plaintiff the required overtime premium for work performed beyond 40 hours per work week rate as required by the terms of the FLSA.

Case 9:15-cv-81651-DMM   Document 1   Entered on FLSD Docket 12/07/2015   Page 6 of 7

DAVID CRUZ PORTILLO, individually and as class representative of all similarly situated individuals v. FARMER GREEN'S MARKET WPB, LLC, a Florida limited liability company; and MAURICE CAMPIONI, individually
Complaint for Damages
Page 6 of 7

30. The Defendants' refusal to pay Plaintiff and the Class Members any overtime premium for all hours worked in excess of 40 per work week on and off the clock was and is repeated, willful and intentional.

31. Plaintiff and all similarly situated employees have been damaged in the amount of difference between the wages they were actually paid and the amount of the wages they should have been paid pursuant to the FLSA and regulations adopted there under.

32. Defendants' refusal to pay Plaintiff and all similarly situated employees time and a half for all hours worked in excess of 40 per work week or the required wage differential violated 29 U.S.C. §§ 201, et. seq.

33. The Defendants' violations of 29 U.S.C.§§ 201, et. seq. were repeated, willful and intentional.

34. Plaintiff and all similarly situated employees are entitled to liquidated damages in an amount equal to the amount of lost wages as set forth in 29 U.S.C. §201, et. seq.

35. Plaintiff and all similarly situated employees are entitled to reasonable attorney's fees and costs of this action as set forth in 29 U.S.C. §201, et. seq.

WHEREFORE, Plaintiff, DAVID CRUZ PORTILLO, individually and on behalf of all others similarly situated pray this Court enter a declaratory judgment finding that Plaintiff and all similarly situated employees are non-exempt employees as defined under the FLSA and that Defendants, FARMER GREEN'S MARKET WPB, LLC, and, MAURICE CAMPIONI, have knowingly violated the provisions of the Fair Labor Standards Act at issue and thereafter enter Judgment against the Defendants jointly and severely in favor of Plaintiff and for the putative class members in an amount that is fair and reasonable under the circumstances, enjoining

Case 9:15-cv-81651-DMM   Document 1   Entered on FLSD Docket 12/07/2015   Page 7 of 7

DAVID CRUZ PORTILLO, individually and as class representative of all similarly situated individuals v. FARMER GREEN'S MARKET WPB, LLC, a Florida limited liability company; and MAURICE CAMPIONI, individually
Complaint for Damages
Page 7 of 7

Defendants from further violations of the Fair Labor Standards Act, for the costs of this action, attorney's fees, liquidated damages, prejudgment interest thereon from the date the employee was owed the wages, and for such other and further relief as is necessary and proper.

## DEMAND FOR JURY TRIAL

Plaintiff on behalf of himself and on behalf of all other similarly situated individuals demand a trial by jury on all issues and claims so triable.

CHRISTOPHER C COPELAND, P.A.
824 W. Indiantown Road
Jupiter, FL  33458
561-691-9048 (office)
866-259-0719 (fax)
Chris@CopelandPA.com (primary e-mail)
Carla@CopelandPA.com (secondary e-mail)

/s/ Christopher C. Copeland_____
CHRISTOPHER C. COPELAND, ESQ.
Florida Bar #938076
*Attorney for Plaintiff(s)*